01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )
                                         )   CASE NO. CR13-326-JCC
         Plaintiff,                      )
                                         )
     v.                                  )
                                         )   DETENTION ORDER
ION DATCU,                               )
                                         )
         Defendant.                      )
_____ )

Offense charged:     Supervised Release Violations

Date of Detention Hearing:    September 11, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant appears before this Court pursuant to a Petition filed by his probation

DETENTION ORDER
PAGE -1

01 | officer alleging violation of the conditions of supervised release.   Specifically, defendant is

02 | alleged to have failed to participate in the Location Monitoring program as directed since May

03 | 27, 2014, and with leaving the judicial district without permission on September 10, 2014.

04 |        2.      Defendant initially appeared on the first alleged violation on August 13, 2014, at

05 | which time he was released on the conditions of supervised release pending an evidentiary

06 | hearing.   Upon the filing of the second alleged violation, a bench warrant was issued, pursuant

07 | to which defendant appears before the Court today.   Defendant does not contest detention.

08 |        3.      There does not appear to be any condition or combination of conditions that will

09 | reasonably assure the defendant's appearance at future Court hearings while addressing the

10 | danger to other persons or the community.

11 | It is therefore ORDERED:

12 |   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13 |       General for confinement in a correction facility separate, to the extent practicable, from

14 |       persons awaiting or serving sentences or being held in custody pending appeal;

15 |   2.  Defendant shall be afforded reasonable opportunity for private consultation with

16 |       counsel;

17 |   3.  On order of the United States or on request of an attorney for the Government, the

18 |       person in charge of the corrections facility in which defendant is confined shall deliver

19 |       the defendant to a United States Marshal for the purpose of an appearance in connection

20 |       with a court proceeding; and

21 |   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22 |       for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01   Officer.

02   DATED this <u>11th</u> day of September, 2014.

03

04                        _____
                        Mary Alice Theiler

05                        Chief United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3